IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No.  96-CR-0208-03-WDM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

3. EFFY CONCEPTION MAZUN

      Defendant.

---

## ORDER EXONERATING BOND

---

      As a result, all the conditions of an appearance bond imposed by the court as a pretrial matter to secure the defendant's release, pursuant to 18 U.S.C. § 3142(c), have been satisfied. Accordingly, it is

      **ORDERED** that the bond in this case is hereby exonerated and the surety or sureties, if applicable, are released.  It is further

      **ORDERED** that the bail funds deposited into the registry of the court shall hereby be released by the clerk of the court, or a designated deputy, to the surety or the defendant.

      DATED:  September 1, 2009, at Denver, Colorado.

BY THE COURT:

By: /s/ Rob Blackburn
Robert E. Blackburn
United States District Judge